389 A.2d 694

Commonwealth v. Stine, Appellant.

Argued March 15, 1978. Samuel K. Gates, for appellant; Robert G. Teeter, Assistant District Attorney, with him Oscar F. Spicer, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.